# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Respondent/Plaintiff,

v.                                                  CV 07-0209 RB/WPL
                                                    CR 05-0222 RB

MARY LOU JACQUEZ CAMPOS,

    Movant/Defendant.

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

This matter is before the Court on the Magistrate Judge's Proposed Findings and Recommended Disposition (PFRD), filed June 26, 2007. The parties were notified that objections were due within ten days of service of the PFRD and that if no objections were filed, no appellate review would be allowed. To this date, no objections have been filed.

IT IS THEREFORE ORDERED that:

1) the Magistrate Judge's Proposed Findings and Recommended Disposition are adopted by the Court;

2) the Motion for Return of Property Seized Under Search Warrant is denied;

3) the Motion to Vacate, Set Aside, or Correct Sentence is denied; and

4) CV 07-0209 RB/WPL is dismissed with prejudice.

 

_____
ROBERT BRACK
UNITED STATES DISTRICT JUDGE